IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Civil No. 08-cv-796-JPG |
| Kelly Chaffee, | ) | |
| Defendant. | ) | |

## **DEFAULT JUDGMENT**

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff United States of America against defendant Kelly Chaffee in the amount of $12,824.22 plus interest at the rate of 7.00% from February 3, 2009, to the date judgment is entered, court costs in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2), plus post-judgment interest. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.

**KEENAN G. CASADY, CLERK**

Date: February 12, 2009            s/Brenda K. Lowe, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**